| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| LATHAM & WATKINS LLP |
| Daniel Scott Schecter (Bar No. 171472) |
| daniel.schecter@lw.com |
| 10250 Constellation Boulevard, Suite 1100 |
| Los Angeles, California 90067 |
| Telephone: (424) 653-5500 |
| Facsimile: (424) 653-5501 |
| Email: daniel.schecter@lw.com |
| ATTORNEY(S) FOR: Specially Appearing Respondent Jia Yueting |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Plaintiff(s),<br>v.<br><br>Jia Yeuting,<br><br>Defendant(s) | CASE NUMBER:<br>2:18-cv-07723-SJO-JPR<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Specially Appearing Respondent Jia Yueting_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jia Yueting | Specially Appearing Respondent |
| Leview Holding (Beijing) Limited | Party to the Arbitral Award that Petitioner seeks to enforce |

October 12, 2018                   /s/ Daniel Scott Schecter
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):

Daniel Scott Schecter