| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Daniel Scott Schecter (Bar No. 171472) |
| 2 | *daniel.schecter@lw.com* |
|   | R. Peter Durning, Jr. (Bar No. 277968) |
| 3 | *peter.durning@lw.com* |
|   | Samantha P. Koppel (Bar No. 313479) |
| 4 | *samantha.koppel@lw.com* |
|   | 10250 Constellation Boulevard, Suite 1100 |
| 5 | Los Angeles, California 90067 |
|   | Telephone: (424) 653-5500 |
| 6 | Facsimile: (424) 653-5501 |
| 7 | Attorneys for Specially Appearing |
|   | Respondent Jia Yueting |
| 8 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SHANGHAI QICHENGYUEMING INVESTMENT PARTNERSHIP ENTERPRISE (LIMITED PARTNERSHIP), | CASE NO. 2:18-cv-7723 SJO (JPRx) |
| | The Honorable S. James Otero |
| Petitioner, | **DECLARATION OF DANIEL SCOTT SCHECTER IN SUPPORT OF MOTION TO QUASH** |
| v. | |
| JIA YUETING, | |
| Specially Appearing Respondent. | |

# DECLARATION OF DANIEL SCOTT SCHECTER

I, Daniel Scott Schecter, hereby declare the following:

1. I am an attorney at the law firm of Latham & Watkins, LLP, a member in good standing of the bar of the State of California and the bar of this Court, and counsel for Specially Appearing Respondent Jia Yueting. By reason of the foregoing, I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, could and would competently testify thereto under oath.

2. On October 2, 2018, I participated in a meet-and-confer discussion with counsel for Petitioner Shanghai Qichengyueming Investment Partnership Enterprise ("SQ") on the issues raised by Mr. Jia's concurrently filed motion to quash for insufficient service. Prior to that meet-and-confer discussion, SQ had provided me with a purported proof of service (a true and correct copy of which is attached hereto as Exhibit 1), which is different from the purported proof of service that SQ later filed in this case as ECF No. 19. During our October 2, 2018 call, and in an effort to obviate the need for that motion, I offered to execute a waiver of service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure on behalf of Mr. Jia. On October 9, 2018, I received a letter from SQ's counsel declining that offer to waive service.

I declare under penalty of perjury and the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 26, 2018 in Los Angeles, California.

                                            /s/ Daniel Scott Schecter
                                            Daniel Scott Schecter