JINSHU ZHANG (Bar No. 166981)
john.zhang@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone:   (213) 623-9300
Facsimile:    (213) 623-9924

William T. O'Brien (admitted *pro hac vice*)
william.obrien@dentons.com
Daniel Morris (admitted *pro hac vice*)
daniel.morris@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Petitioner,<br><br>v.<br><br>Jia Yueting,<br><br>Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**JOINT REPORT OF THE PARTIES PURSUANT TO RULE 26(f)(3)**<br><br>Action Filed: September 5, 2018 |

# JOINT REPORT OF THE
# PARTIES PURSUANT TO FRCP 26(f) AND L.R. 26-1

Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("SQ"), and Respondent Jia Yueting, by and through their undersigned counsel, hereby submit the following joint report following their conference pursuant to Rule 26(f), and in advance of the scheduling conference on January 28, 2019.

The following persons participated in the Rule 26(f) conference:

1. Jae Park of Dentons US LLP for SQ; and
2. Peter Durning of Latham & Watkins, LLP for Mr. Jia.

**A. Statement of the Case**

This is a petition by SQ to confirm the China International Economic and Trade Arbitration Commission ("CIETAC") arbitration award in favor of SQ. The CIETAC tribunal determined that Respondent Jia, as guarantor, is liable for certain loans that had not been repaid to SQ. SQ's petition is made under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, as implemented in Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201 *et seq*.

This Court has subject matter jurisdiction over this matter under 9 U.S.C. § 203 and 28 U.S.C. § 1331.

**B. Local Rule 26-1 Topics**

**L.R. 26-1(a): Complex Case**. The parties do not believe that the procedures of the Manual for Complex Litigation should be utilized in this case.

**L.R. 26-1(b): Motion Schedule**. SQ anticipates filing a motion to confirm the CIETAC arbitration award within the next 60 days.

**L.R. 26-1(c): ADR/Mediation**. The parties do not believe this matter is suitable for settlement through ADR or mediation and request, under Local Rule 16-15.1, that the Court excuse the parties from complying with the mandatory ADR

procedures.

**L.R. 26-1(d): Trial Estimate**. SQ anticipates that there will not be a "trial" in this case and that it will be decided on briefs and evidence submitted on papers. SQ also anticipates that the hearing on the motion to confirm the CIETAC arbitration award will take less than one court day.

**L.R. 26-1(e): Additional Parties**. SQ does not presently anticipate any additional parties will be added to this case. Mr. Jia submits that the joinder of the other party to the underlying arbitration is necessary and this action cannot proceed against him alone.

**L.R. 26-1(f): Expert Discovery**. SQ does not believe there will be any need for expert discovery in this matter.

**C.** **Discovery Plan Under Rule 26(f)(3)**

The parties agree that no discovery is needed at this time, but Mr. Jia reserves his right to seek appropriate discovery and a modification of the schedule in response to, and after the filing of, SQ's motion. Also, SQ reserves the right to conduct discovery under Rule 69 to enforce the CIETAC arbitration award once it has been confirmed and converted into a judgment of this Court.

**Rule 26(f)(3)(A) -Timing**: Not applicable.

**Rule 26(f)(3)(B) - Phasing**: Not applicable.

**Rule 26(f)(3)(C) - ESI**: The parties do not anticipate any need for discovery of electronically stored information ("ESI"). To the extent there is a need for discovery of ESI, the parties will negotiate a Stipulated Order modeled on the Court's Model Stipulated Order re: Discovery of Electronically Stored Information.

**Rule 26(f)(3)(D) – Privilege Issues**: Not applicable.

**Rule 26(f)(3)(E) – Changes in Limitations on Discovery**: SQ contends that no discovery is needed and thus, no discovery should be permitted.

JOINT REPORT OF THE PARTIES
PURSUANT TO RULE 26(F)

**Rule 26(f)(3)(F) – Other Orders**: None.

Dated: January 17, 2019         DENTONS US LLP

By: */s/Jae K. Park*
    Jinshu Zhang
    Jae K. Park

Attorneys for Petitioner
Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)

Dated: January 17, 2019         LATHAM & WATKINS LLP

By: *R. Peter Durning, Jr.*
    Daniel Scott Schecter
    R. Peter Durning, Jr.
    Samantha P. Koppel

Attorneys for Respondent Jia Yueting

Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 17, 2019         DENTONS US LLP

By: */s/Jae K. Park*
    Jinshu Zhang
    Jae K. Park

Attorneys for Petitioner
Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)

# DISTRICT JUDGE S. JAMES OTERO

# SCHEDULE OF PRETRIAL DATES

| Matter | Time | Day(s) or Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Trial Date (Jury) Estimated Length:__ Days** | 9:00 a.m. | | 7/8/19 | 7/8/19 | |
| **Final Pretrial Conference; Discuss Previously–Filed Motions in Limine; File Agreed–Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Questions and Agreed–To Statement of Case; File Witness List, Exhibit List, and Trial Brief** | 9:00 a.m. | 8 days before trial | N/A | N/A | |
| **Last Day for Hearing Motions** | | 60 days before trial | 30 days before trial | 30 days before trial | |
| **Discovery Cut–Off** | | 90 days before trial | 30 days before trial | 30 days before trial | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

**L.R. 16–14 Settlement Choice:  (1) CT/USMJ  (2) Atty  (3) Outside ADR  (4) Trial Court**

| | | | | | |
|---|---|---|---|---|---|
| **Last Day to Conduct Settlement Conference** | | 3 weeks prior to pretrial conference | | | |
| **Last Day to Amend Pleadings or Add Parties** | | within 30 days from scheduling conference | | | |