JINSHU ZHANG (Bar No. 166981)
john.zhang@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

William T. O'Brien (admitted *pro hac vice*)
william.obrien@dentons.com
Daniel Morris (admitted *pro hac vice*)
daniel.morris@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA, 90017-5704
(213) 623-9300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>            Petitioner,<br><br>      v.<br><br>Jia Yueting,<br><br>            Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**PETITIONER'S NOTICE OF MOTION AND MOTION AND APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT**<br><br>Date:     April 4, 2019<br>Time:    10:00 a.m.<br>Ctrm.:   690<br>Judge:   Honorable Jean P. Rosenbluth<br><br>Action Filed:  September 5, 2018 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 4, 2019 at 10:00 a.m., or as soon thereafter as this matter can be heard before the Honorable Jean P. Rosenbluth, Magistrate Judge of the United States District Court for the Central District of California, located at 255 E. Temple St., Los Angeles, CA 90012, in Courtroom 690, Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("SQ") will and hereby does move and apply for the following orders:

1.     A Right-to-Attach Order recognizing SQ's right to levy against all property located within or otherwise subject to California which is owned, directly or indirectly, by Respondent Jia Yueting; and

2.     A Writ of Attachment in the amount of US$100,000,000 against the following property owned, directly and indirectly, by Mr. Jia:

- All of Mr. Jia's real property interests, except leasehold interests with unexpired terms of less than one year, including but not limited to:
    o ████████████, [1]  Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: ██████████████);[2]
    o 15 Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number:  7582-002-013);
    o 19 Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-016)
    o Vacant land on Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-023);
    o Vacant land on Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-024);

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

---

[1] Redacted per L.R. 5.2-1.
[2] Redacted per L.R. 5.2-1.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- o   Vacant land on Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-026);

- o   91 Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number:  7582-002-016); and

- o   18455 South Figueroa Drive, Los Angeles, California 90248 (standardized address: 18455 South Figueroa Street, Gardena, California 90248-4503, Los Angeles County) (Assessor's Parcel Number: 7339-008-034).

- All of Mr. Jia's accounts receivable, chattel paper and general intangibles arising out of his trade, business or profession.

- Any final money judgments arising out of Mr. Jia's conduct of a trade, business or profession.

- All of Mr. Jia's money located at any of the above properties and his businesses.

- All of Mr. Jia's deposit accounts, except for an aggregate total of $1,000 from such accounts.

- All of Mr. Jia's negotiable documents of title, instruments and securities.

- Mr. Jia's direct or indirect equity interest in any entity, including, without limitation, Faraday Future LLC, Faraday & Future Inc. and Faraday SPE, LLC.

This motion is being made under Federal Rule of Civil Procedure 64 and California Attachment Law, California Code of Civil Procedure section 481.010 *et seq*, and specifically, California Code of Civil Procedure sections 483.010 and 484.090, on the grounds that: (a) Petitioner's underlying claims is one upon which an attachment may be issued under California Code of Civil Procedure section 483.010; (b) Petitioner has established the probable validity of the claim upon which attachment is based; (c) the attachment is not sought for an improper

1    purpose; and (d) the amount to be secured by attachment is greater than US$0.

2         This motion is made to the Honorable Jean P. Rosenbluth pursuant to Local

3    Rule 64-4, following the conference of counsel pursuant to Local Rule 7-3 which

4    took place on January 29, 2019.

5         This motion is based on this Notice of Motion, the supporting Memorandum

6    of Points and Authorities, the declarations filed herewith, the pleadings, papers,

7    filings, and record of this action, and on such oral arguments and submissions as

8    may be presented at or before the hearing.

9

10   Dated:  February 20, 2019                    DENTONS US LLP

11

12                                               By: */s/ Jae K. Park*
                                                 Jinshu Zhang
13                                               Jae K. Park

14                                               Attorneys for Petitioner
                                                 Shanghai Qichengyueming Investment
15                                               Partnership Enterprise (Limited
                                                 Partnership)
16

17

18   110329415\V-1

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300