JINSHU ZHANG (Bar No. 166981)
john.zhang@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

William T. O'Brien (admitted *pro hac vice*)
william.obrien@dentons.com
Daniel Morris (admitted *pro hac vice*)
daniel.morris@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Petitioner,<br><br>v.<br><br>Jia Yueting,<br><br>Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**DECLARATION OF YAN CHENGBIN IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT**<br><br>Date:   April 4, 2019<br>Time:  10:00 a.m.<br>Ctrm.:  690<br>Judge:  Honorable Jean P. Rosenbluth<br><br>Action Filed: September 5, 2018 |

I, YAN CHENGBIN, state the following:

1. I am over the age of 18 and am competent to make this declaration.

2. Except as otherwise stated herein, I make the statements contained herein from personal knowledge, and if sworn as a witness, will testify to the truth thereof.

3. I am a general partner of Shanghai Qicheng Asset Management Co., Ltd., which is the general partner of Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership).

4. I make this affidavit in support of SQ's Application for Writ of Attachment.

5. This action was brought solely to confirm an arbitration award rendered by the China International Economic and Trade Arbitration Commission ("CIETAC") in favor of SQ and against Mr. Jia.

6. This Application for Writ of Attachment is brought solely for the purpose of securing assets on a potential judgment, after considering several factors including that: (a) the arbitration award has not been paid; (b) the amount of the arbitration award is RMB653,806,748.93, plus interest, and arbitration costs of US$29,678.49; and (c) the award is unsecured.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2019.

YAN CHENGBIN

110336513\V-1