JINSHU ZHANG (Bar No. 166981)
john.zhang@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

William T. O'Brien (admitted *pro hac vice*)
william.obrien@dentons.com
Daniel Morris (admitted *pro hac vice*)
daniel.morris@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Petitioner
Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),

Petitioner,

v.

Jia Yueting,

Respondent.

Case No. 2:18-CV-7723 SJO (JPRx)

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION AND APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT**

Date: April 4, 2019
Time: 10:00 a.m.
Ctrm.: 690
Judge: Honorable Jean P. Rosenbluth

Action Filed: September 5, 2018

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)'s ("SQ") motion and application for a right-to-attach order and writ of attachment against the property of Respondent Jia Yueting came on for hearing on April 4, 2019 at 10:00 a.m. This matter having been briefed and considered with proof being made to the satisfaction of this Court, the Court rules as follows:

**FINDINGS**

1. THE COURT FINDS:

a. Respondent Jia Yueting is a natural person.

b. The claim upon which the application is based is one upon which an attachment may be issued.

c. Petitioner SQ has established the probable validity of the claim upon which the attachment is based.

d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.

e. The amount to be secured by the attachment is greater than zero.

f. Respondent Jia Yueting failed to prove that all of the property described in SQ's application is exempt from attachment.

g. The following property of Jia Yueting, described in SQ's application,

i. is exempt from attachment:

ii. is not exempt from attachment:

h. The following property of Jia Yueting, not described in SQ's application, claimed by Respondent to be exempt,

i. is exempt from attachment:

ii. is not exempt from attachment:

i. An undertaking in the amount of $______________ is required before a writ shall issue.

j. A Right to Attach Order was issued on (date): pursuant to Code of Civil Procedure section 484.090.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**ORDER**

2. THE COURT ORDERS

a. Petitioner has a right to attach property of Respondent Jia Yueting in the amount of $100,000,000.

b. The property described in items 1(g)(i) and 1(h)(i) of the findings above is exempt and shall not be attached.

c. The clerk shall issue a writ of attachment in the amount of $100,000,000 forthwith, or upon the filing of an undertaking in the amount of _______, for the property of Respondent that is subject to attachment under California Code of Civil Procedure section 487.010 described as follows:

- All of Mr. Jia's real property interests, except leasehold interests with unexpired terms of less than one year, including but not limited to:
  - [redacted],[1] Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: [redacted]);[2]
  - 15 Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-002-013);
  - 19 Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-016);
  - Vacant land on Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-023);
  - Vacant land on Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-024);
  - Vacant land on Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-001-026);

[1] Redacted per L.R. 5.2.
[2] Redacted per L.R. 5.2.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- o 91 Marguerite Drive, Rancho Palos Verdes, California 90275 (Assessor's Parcel Number: 7582-002-016); and
- o 18455 South Figueroa Drive, Los Angeles, California 90248 (standardized address: 18455 South Figueroa Street, Gardena, California 90248-4503, Los Angeles County) (Assessor's Parcel Number: 7339-008-034).

- All of Mr. Jia's accounts receivable, chattel paper and general intangibles arising out of his trade, business or profession.
- Any final money judgments arising out of Mr. Jia's conduct of a trade, business or profession.
- All of Mr. Jia's money located at any of the above properties and his businesses.
- All of Mr. Jia's deposit accounts, except for an aggregate total of $1,000 from such accounts.
- All of Mr. Jia's negotiable documents of title, instruments and securities.
- Mr. Jia's direct or indirect equity interest in any entity, including, without limitation, Faraday Future LLC, Faraday & Future Inc. and Faraday SPE, LLC.

d. Respondent shall transfer to the levying officer possession of any documentary evidence in Respondent's possession of title to any property described in 2(c).

**IT IS SO ORDERED.**

Dated: ____________________ ________________________________________
JUDGE, UNITED STATES DISTRICT COURT

110332480\V-1