1  LATHAM & WATKINS LLP
       Daniel Scott Schecter (Bar No. 171472)
2          *daniel.schecter@lw.com*
       R. Peter Durning, Jr. (Bar No. 277968)
3          *peter.durning@lw.com*
   10250 Constellation Boulevard, Suite 1100
4  Los Angeles, California 90067
   Telephone:  (424) 653-5500
5  Facsimile:  (424) 653-5501

6  *Attorneys for Respondent*
   Jia Yueting
7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                  **WESTERN DIVISION**

11

12  SHANGHAI QICHENGYUEMING          CASE NO. 2:18-cv-7723 SJO (JPRx)
    INVESTMENT PARTNERSHIP
13  ENTERPRISE (LIMITED              The Honorable Jean P. Rosenbluth
    PARTNERSHIP),
14                                   **JOINT STIPULATION RE:**
                    Petitioner,      **WITHDRAWAL OF ATTACHMENT**
15                                   **MOTION**
         v.
16
    JIA YUETING,
17
                    Respondent.
18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE:
WITHDRAWAL OF ATTACHMENT MOTION

## JOINT STIPULATION

Respondent Jia Yueting ("Respondent") together with Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("Petitioner"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 5, 2018, Petitioner initiated this case by filing a Petition to Recognize and Enforce a Foreign Arbitral Award (ECF No. 1);

WHEREAS, on February 20, 2019, Petitioner filed a Motion and Application for Right-to-Attach Order and Writ of Attachment (ECF No. 31, the "Motion for Attachment");

WHEREAS, Petitioner and Respondent have conferred and reached agreement on the withdrawal of the Motion for Attachment;

NOW, THEREFORE, the parties hereby jointly stipulate:

1. Petitioner's February 20, 2019 Motion for Attachment is withdrawn in its entirety, and Petitioner requests that the Court take no action on the Motion for Attachment.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  March 3, 2019          LATHAM & WATKINS LLP

By   /s/ R. Peter Durning, Jr.
R. Peter Durning, Jr.
*Attorneys for Respondent*
Jia Yueting

Dated:  March 3, 2019          DENTONS US LLP

By   /s/ Jae K. Park
Jae K. Park
*Attorneys for Petitioner*
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

1

## **ATTESTATION**

2        I hereby attest that all signatories listed above, on whose behalf this stipulation

3   is submitted, concur in the filing's content and have authorized the filing.

4   Dated:  March 3, 2019          LATHAM & WATKINS LLP

5

6                                    By    /s/ R. Peter Durning, Jr.
                                        R. Peter Durning, Jr.
7                                        *Attorneys for Respondent*
                                        Jia Yueting
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28