1   JINSHU ZHANG (Bar No. 166981)
    john.zhang@dentons.com
2   JAE K. PARK (Bar No. 234474)
    jae.park@dentons.com
3   DENTONS US LLP
    601 South Figueroa Street, Suite 2500
4   Los Angeles, California  90017-5704
    Telephone:   (213) 623-9300
5   Facsimile:    (213) 623-9924

6   William T. O'Brien (admitted *pro hac vice*)
    william.obrien@dentons.com
7   Daniel Morris (admitted *pro hac vice*)
    daniel.morris@dentons.com
8   1900 K Street, N.W.
    Washington, D.C. 20006
9   Telephone: (202) 496-7500
    Facsimile: (202) 496-7756

10  Attorneys for Petitioner
11  Shanghai Qichengyueming Investment
    Partnership Enterprise (Limited Partnership)
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 Shanghai Qichengyueming Investment<br>Partnership Enterprise (Limited<br>17 Partnership),<br>18                    Petitioner,<br>19        v.<br>20 Jia Yueting,<br>21                    Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**STIPULATION FOR ENTRY OF**<br>**TEMPORARY RESTRAINING**<br>**ORDER; [PROPOSED] ORDER**<br><br>Action Filed:  September 5, 2018 |

22

23

24

25

26

27

28                                              STIPULATION FOR ENTRY OF
                                                TEMPORARY RESTRAINING ORDER;
                                                            [PROPOSED] ORDER

ACTIVE 240881880

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## STIPULATION

Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("Petitioner") and Respondent Jia Yueting ("Respondent"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 5, 2018, Petitioner initiated this case (the "Action") by filing a Petition to Recognize and Enforce a Foreign Arbitral Award (ECF No. 1);

WHEREAS, on February 20, 2019, Petitioner filed a Motion and Application for Right-to-Attach Order and Writ of Attachment (ECF No. 31, the "Motion for Attachment");

WHEREAS, in this Action and its Motion for Attachment, Petitioner asserts that it is the awardee of an arbitration award in the amount of approximately US$100 million, inclusive of prejudgment interest, and that it has established the probable validity of its claim in this Action;

WHEREAS, Petitioner's Motion for Attachment requested a right to attach certain assets;

WHEREAS, Petitioner further contends that it will suffer great and irreparable harm if this Order is not issued to prevent Respondent from selling, concealing, encumbering, or otherwise transferring his property during the pendency of this Action;

WHEREAS, Petitioner and Respondent have conferred and reached agreement, pursuant to which the parties filed a joint stipulation to withdraw the Motion for Attachment (ECF No. 32);

WHEREAS, Petitioner and Respondent also reached agreement consenting to the entry of a temporary restraining order, which will maintain the status quo and

- 2 -

STIPULATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER;
[PROPOSED] ORDER

ACTIVE 240881880

enjoin the Respondent from directly or indirectly selling, concealing, encumbering, disposing, or otherwise transferring, all assets that he owns until the conclusion of this Action or July 3, 2019, whichever is earlier;

WHEREAS, Petitioner and Respondent also reached agreement that Respondent should retain the right or ability to make payments or otherwise dispose of assets to the extent necessary to accommodate (i) the reasonable living expenses of Respondent and his immediate family, (ii) the reasonable legal expenses of Respondent, and/or (iii) as otherwise permitted under California law; and

NOW, THEREFORE, the parties hereby jointly stipulate and agree that

1. Respondent shall not directly or indirectly sell, conceal, encumber, dispose of, or otherwise transfer any of his assets which Respondent owns; and are located within the jurisdictional limits of this Court until the conclusion of this Action or July 3, 2019, whichever is earlier; and

2. Nothing in this stipulation deprives Respondent of the right or ability to make payments or otherwise dispose of assets to the extent necessary to accommodate (i) the reasonable living expenses of Respondent and his immediate family, (ii) the reasonable legal expenses of Respondent, and/or (iii) as otherwise permitted under California law.

**IT IS SO STIPULATED**

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

STIPULATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER;
[PROPOSED] ORDER

ACTIVE 240881880

1

2

Dated:  March 26, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP


By: /s/ Jae K. Park
    Jinshu Zhang
    Jae K. Park

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited
Partnership)


Dated:  March 11, 2019

LATHAM & WATKINS LLP


By: /s/ Daniel Scott Schecter
    Daniel Scott Schecter
    R. Peter Durning, Jr.

Attorneys for Respondent
Jia Yueting


## ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 26, 2019

DENTONS US LLP


By: /s/ Jae K. Park
    Jinshu Zhang
    Jae K. Park

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited
Partnership)

- 4 -

STIPULATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER;
[PROPOSED] ORDER

ACTIVE 240881880

## ORDER

The parties having stipulated, and good cause appearing, the Court hereby ORDERS as follows:

This Order is issued on March __, 2019 at _____ a.m./p.m.

Respondent shall not directly or indirectly sell, conceal, encumber, dispose of, or otherwise transfer any of his assets which Respondent owns; and are located within the jurisdictional limits of this Court until the conclusion of this Action or July 3, 2019, whichever is earlier; provided that nothing in this stipulation or order deprives Respondent of the right or ability to make payments or otherwise dispose of assets to the extent necessary to accommodate (i) the reasonable living expenses of Respondent and his immediate family, (ii) the reasonable legal expenses of Respondent, and/or (iii) as otherwise permitted under California law.

**IT IS SO ORDERED**.

Dated:_____

_____
United States District Judge

110434652\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 5 -

STIPULATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER;
[PROPOSED] ORDER

ACTIVE 240881880

**DENTONS US LLP**
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1

## CERTIFICATE OF SERVICE

2   I, Jae K. Park, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

3

4   • **STIPULATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER**

5

6   as indicated/listed on the United States District Court, Central District of California's CM/ECF registered email list in the above-referenced matter:

7   Daniel Scott Schecter, Esq.                          *Attorneys for Specially*
8   R. Peter Durning, Jr., Esq.                          *Appearing Respondent*
    Samantha P. Koppel, Esq.                             *Jia Yueting*
9   LATHAM & WATKINS LLP
10  10250 Constellation Boulevard, Suite 1100
    Los Angeles, CA 90067
11  Tel:  (424) 653-5500
12  Fax: (424) 653-5501
    E-mail:     *daniel.schecter@lw.com*
13

14

15  Executed on **March 26, 2019,** in San Diego, California.

16

17                                                      */s/ Jae K. Park*

18

19  1095197711\V-1

20

21

22

23

24

25

26

27

28