JINSHU ZHANG (Bar No. 166981)
john.zhang@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

William T. O'Brien (admitted *pro hac vice*)
william.obrien@dentons.com
Daniel Morris (admitted *pro hac vice*)
daniel.morris@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Petitioner,<br><br>v.<br><br>Jia Yueting,<br><br>Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**JOINT STIPULATION AND [PROPOSED] CONSENT JUDGMENT**<br><br>Action Filed: September 5, 2018 |

## JOINT STIPULATION

Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("Petitioner") Respondent Jia Yueting ("Respondent") together with, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 9, 2018, Petitioner obtained an arbitral award (the "Award") from the China International Economic and Trade Arbitration Commission ("CIETAC") against Respondent in CIETAC Arbitration Case No. X20170753;

WHEREAS, on September 5, 2018, Petitioner commenced this proceeding by filing a Petition to Recognize and Enforce a Foreign Arbitral Award and exhibits in support of this petition;

WHEREAS, Petitioner submitted proof of due service thereof upon Respondent, which the Court found to comply with the law (see ECF No. 27);

WHEREAS, the parties have conferred and reached agreement on entry of judgment subject to the following terms;

NOW, THEREFORE, the parties hereby jointly stipulate:

1. Petitioner may take discovery as contemplated by Rule 69(a)(2) of the Federal Rules of Civil Procedure beginning on June 3, 2019, but may not take such discovery or take any other actions to file or execute on any judgment prior to that date;

2. Petitioner may file the proposed consent judgment with the Court that is set forth below, and request entry of said judgment—provided that Petitioner shall treat this stipulation and proposed consent judgment as confidential, and shall not publicly file it or disclose it to any third party prior to the earlier of:

    a. July 9, 2019; or

    b. Three (3) business days after any failure by Respondent to

Respondent's counsel of record that demands the transfer to Petitioner of any property that a competent court finds or Respondent admits is owned and controlled by Respondent.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March __, 2019

DENTONS US LLP

By: _____
Jinshu Zhang
Jae K. Park
Counsel for Petitioner
Shanghai Qichengyueming
Investment Partnership Enterprise
(Limited Partnership)

Dated: March 12, 2019

LATHAM & WATKINS LLP

By: _____
Daniel Scott Schecter
R. Peter Durning, Jr.
Counsel for Respondent Jia Yueting