UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>　　　　Petitioner,<br><br>　v.<br><br>Jia Yueting,<br><br>　　　　Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**CONSENT JUDGMENT**<br><br>Action Filed: September 5, 2018 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# CONSENT JUDGMENT

## I. JURISDICTION

This Court has subject matter jurisdiction pursuant to 9 U.S.C. § 203. The CIETAC arbitration award issued is governed by the New York Convention because: (1) the award arose from a commercial legal relationship between the parties; (2) there was an agreement in writing to arbitrate any dispute(s) arising from the relationship; (3) the agreement provided for arbitration proceedings to take place in the People's Republic of China, a signatory to the New York Convention; and (4) at least one of the parties is not an American citizen. 9 U.S.C. § 202.

This Court has personal jurisdiction over the Respondent, and venue is proper in this District, because the Respondent presently resides within this District. 28 U.S.C. § 1391.

## II. ENTRY OF JUDGMENT

A final judgment is entered in favor of Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) and against Respondent Jia Yueting that:

1. Respondent Jia Yueting pay to Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) all amounts due as specified in that CIETAC arbitral award dated May 9, 2018 in CIETAC Arbitration Case No. X20170753, either in Chinese RMB or in U.S. dollars as determined by the exchange rate prevailing on the date that each payment is made; and

2. Respondent Jia Yueting pay to Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) prejudgment interest at the rate of 4.35% per year on all amounts due as specified in that CIETAC arbitral award dated May 9, 2018 in CIETAC Arbitration Case No. X20170753, from the dates specified in that award to the date on which this judgment is entered; and

3. Respondent Jia Yueting pay to Petitioner Shanghai Qichengyueming

- 4 -    JOINT STIPULATION AND [PROPOSED] CONSENT JUDGMENT

Investment Partnership Enterprise (Limited Partnership) postjudgment interest pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: July 11, 2019

*S. James Otero*
United States District Court Judge
S. James Otero