JINSHU ZHANG (Bar No. 166981)
JAE K. PARK (Bar No. 234474)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Email: john.zhang@dentons.com/jae.park@dentons.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership), | CASE NUMBER:<br>2:18-CV-7723 SJO (JPRx) |
| Plaintiff(s) | |
| v. | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| Jia Yueting, | |
| Defendants) | |

*(check one)*  ☒ STATE OF CALIFORNIA, COUNTY OF SAN DIEGO _____
      ☐ STATE OF _____, COUNTY OF _____

I, Jae K. Park _____ hereby state under penalty of perjury that,

1.  Judgment for $ 100,117,549.44 _____ was entered on July 11, 2019 _____ on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) _____ as Judgment Creditor, and against Jia Yueting _____ as Judgment Debtor

---

*(If a Registered Judgment from another Court or District, include the following information)*
Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. n/a _____ in the United States District Court for the n/a _____ District of n/a _____ and which has become FINAL.

**NOTE:  JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

---

2.  I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3.  ACCRUED since the entry of Judgment **in the** Central _____ **District of** California _____ are the following sums:

    $ 151,300.93 _____ accrued interest, computed at 1.97 % *(see note)*
    $ 0.00 _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Diego _____ State of California _____, this 6th day of August _____ 2019 ___

_____
*Signature*
Jae K. Park, Dentons US LLP

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

CV-24 (6/01)

American LegalNet, Inc.
www.FormsWorkflow.com