JINSHU ZHANG (Bar No. 166981)
john.zhang@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

William T. O'Brien (admitted *pro hac vice*)
william.obrien@dentons.com
Daniel Morris (admitted *pro hac vice*)
daniel.morris@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Petitioner,<br><br>v.<br><br>Jia Yueting,<br><br>Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**DECLARATION OF JAE K. PARK IN SUPPORT OF APPLICATION FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR JIA YUETING**<br><br>Action Filed: September 5, 2018 |

DECLARATION OF JAE K. PARK IN
SUPPORT OF APPLICATION FOR
APPEARANCE AND EXAMINATION OF
JUDGMENT DEBTOR JIA YUETING

US_Active\112948373\V-1

I, Jae K. Park, declare:

1. I am an attorney admitted to practice before the courts of the State of California and this Court, and an associate at the law firm of Dentons US LLP, counsel of record for Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("SQ"). Unless otherwise stated, all facts testified to are within my personal knowledge and, if called as a witness, I could and would competently testify to them.

2. The parties to this case resolved their claims through a consent judgment.

3. Pursuant to the terms of the consent judgment, which was filed on July 9, 2019, SQ was permitted to conduct enforcement discovery on June 3, 2019.

4. On July 2, 2019, I wrote a letter to counsel for Respondent and Judgment Debtor asking for dates Mr. Jia is available for examination as the judgment debtor. Attached hereto as Exhibit 1 is a true and correct copy of my letter.

5. On August 1, 2019, counsel for Mr. Jia confirmed by email that Mr. Jia is available for examination on September 13, 2019. Attached hereto as Exhibit 2 is a true and correct copy of Mr. Hale's email to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August, 2019, at San Diego, California.

*/s/ Jae K. Park*
Jae K. Park

# EXHIBIT 1



Jae K. Park
Senior Managing Associate

jae.park@dentons.com
D   +1 619 595 8064

Dentons US LLP
4655 Executive Drive
Suite 700
San Diego, CA  92121
United States

dentons.com

July 2, 2019

BY E-MAIL AND U.S. MAIL

Daniel Scott Schecter, Esq.
R. Peter Durning, Jr., Esq.
LATHAM & WATKINS LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067

Michael A. Hale, Esq.
LATHAM & WATKINS LLP
355 South Grand Ave., Suite 100
Los Angeles, CA 90071

Re:   Shanghai Qichengyueming Investment Partnership Enterprise v. Jia Yueting

Dear Counsel:

As you know, pursuant to the terms of the parties' consent judgment, on June 3, 2019, Petitioner may begin conducting enforcement discovery, and on July 9, 2019, Petitioner may file the consent judgment and take steps to enforce the same. Although we recognize that the parties are engaged in settlement discussions, Petitioner intends to exercise its rights to conduct enforcement-related discovery on a parallel track. Accordingly, we recently served a set of requests for the production of documents, and we write today to coordinate Mr. Jia's judgment debtor examination.

Please provide us with dates in the months of August and September, 2019, Mr. Jia is available for examination.  Thank you.

Sincerely,

Dentons US LLP

Jae K. Park /ev

Jae K. Park

112718404\V-1

Larrain Rencoret ► Hamilton Harrison & Mathews ► Mardemootoo Balgobin ► HPRP ► Zain & Co. ► Delany Law ► Dinner Martin ► Maclay Murray & Spens ► Gallo Barrios Pickmann ► Muñoz ► Cardenas & Cardenas ► Lopez Velarde ► Rodyk ► Boekel ► OPF Partners

# EXHIBIT 2

## Park, Jae K.

| | |
|---|---|
| **From:** | Michael.Hale@lw.com |
| **Sent:** | Thursday, August 01, 2019 3:10 PM |
| **To:** | Park, Jae K. |
| **Cc:** | DANIEL.SCHECTER@lw.com; Peter.Durning@lw.com |
| **Subject:** | RE: Shanghai Qichengyueming v. Jia Yueting - First RFP |

Jae,

We have conferred with our client and September 13, 2019 works for the judgment debtor exam.

Thanks,
Michael

**From:** Park, Jae K. <jae.park@dentons.com>
**Sent:** Thursday, July 18, 2019 5:02 PM
**To:** Hale, Michael (LA) <Michael.Hale@lw.com>
**Cc:** Schecter, Daniel (CC) <DANIEL.SCHECTER@lw.com>; Durning, Peter (LA) <Peter.Durning@lw.com>
**Subject:** RE: Shanghai Qichengyueming v. Jia Yueting - First RFP

Michael:

As we discussed yesterday, Petitioner will agree to a two week extension to respond to its requests for the production of documents. If Respondent provides a firm date for the judgment debtor exam within those two weeks, Petitioner will grant a further one week extension. Thus, Respondents' responses are now due August 5, 2019, and that deadline will be extended to August 12, 2019 if Respondents provides a firm date for the judgment debtor exam prior to August 5, 2019.

Thanks.

Jae

**大成DENTONS**   Jae K. Park

D +1 619 595 8064  |  M +1 858 254 0710  |  O LA + 1 213 243 6084  |  US Internal 38064
jae.park@dentons.com
Bio  |  Website
Assistant: Lucy Valdez +1 619 533 7363

Dentons US LLP
4655 Executive Drive, Suite 700, San Diego, CA 92121

Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

1