**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Plaintiff(s)<br><br>v.<br><br>Jia Yueting,<br><br>Defendant(s) | CASE NUMBER<br><br>2:18-cv-07723 SJO (JPRx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Jia Yueting   ☐ Plaintiff  ☐ Defendant  ☒ Other  Respondent
*Name of Party*

to substitute Jia Yueting who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

18455 S. Figueroa St.
*Street Address*

Gardena, CA 90248                                    ytjbusiness@gmail.com
*City, State, Zip*                                          *E-Mail Address*

(424) 523-2943
*Telephone Number*         *Fax Number*         *State Bar Number*

as attorney of record instead of Daniel Scott Schecter (Bar No. 171472);
*List **all** attorneys from same firm or agency who are withdrawing.*
R. Peter Durning, Jr. (Bar No. 277968); Michael A. Hale (Bar No. 319056)

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                                                     U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY