1  JINSHU ZHANG (Bar No. 166981)
   john.zhang@dentons.com
2  JAE K. PARK (Bar No. 234474)
   jae.park@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
5  Facsimile: (213) 623-9924

6  William T. O'Brien (admitted *pro hac vice*)
   william.obrien@dentons.com
7  Daniel Morris (admitted *pro hac vice*)
   daniel.morris@dentons.com
8  1900 K Street, N.W.
   Washington, D.C. 20006
9  Telephone: (202) 496-7500
   Facsimile: (202) 496-7756
10
   Attorneys for Petitioner
11 Shanghai Qichengyueming Investment
   Partnership Enterprise (Limited Partnership)
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Petitioner,<br><br>v.<br><br>Jia Yueting,<br><br>Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**PETITIONER SHANGHAI QICHENGYUEMING INVESTMENT PARTNERSHIP ENTERPRISE (LIMITED PARTNERSHIP)'S NOTICE OF MOTION AND MOTION TO MODIFY JUDGMENT PURSUANT TO FRCP 60**<br><br>Date: October 28, 2019<br>Time: 10:00 a.m.<br>Ctrm.: 10C<br>Judge: Hon. S. James Otero<br><br>Action Filed: September 5, 2018 |
|---|---|

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on October 28, 2019 at 10:00 a.m., or as soon thereafter as this matter can be heard before the Honorable S. Jame Otero of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, CA 90012, in Courtroom 10C, Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) ("SQ") will and hereby does move and apply for an order modifying the Consent Judgment entered on July 11, 2019 (Dkt. No. 37) to reflect the amounts awarded to SQ.

This motion is made pursuant to Fed. R. Civ. Proc. 60 which allows this Court to modify an existing judgment, on motion or its own, with or without notice, to provide relief from mistake, inadvertence, surprise, or excusable neglect and any other reason that justifies relief. Fed. R. Civ. P. 60(b) sub. (1), (6). Specifically, the Consent Judgment does not reflect the amounts awarded to SQ and thus does not accurately or fully express the parties' intent to consent to an enforceable judgment in favor of SQ.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on September 3, 2019 and September 11, 2019.

This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the declarations filed herewith, the pleadings, papers, filings, and record of this action, and on such oral arguments and submissions as may be presented at or before the hearing.

Dated: September 27, 2019                DENTONS US LLP

By: */s/ Jae K. Park*
    Jinshu Zhang
    Jae K. Park

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited
Partnership)

PETITIONER'S NOTICE OF MOT. AND MOT. TO MODIFY JUDGMENT PURSUANT TO FRCP 60

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300