CARLOS M. LAZATIN (Bar No. 229650)
clazatin@omm.com
WILLIAM K. PAO (Bar No. 252637)
wpao@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071–2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Respondent Jia Yueting

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI QICHENGYUEMING INVESTMENT PARTNERSHIP ENTERPRISE (LIMITED PARTNERSHIP),<br><br>    Petitioner,<br><br>    v.<br><br>JIA YUETING,<br><br>    Respondent. | Case No. 2:18-cv-07723-SJO (JPRx)<br><br>**JOINT STIPULATION TO CONTINUE THE EXAMINATION OF JUDGMENT DEBTOR JIA YUETING**<br><br>Judge: Hon. Jean P. Rosenbluth<br>Courtroom: 690<br><br>Current Examination Date: October 31, 2019, at 10:00 a.m. |

1    WHEREAS, on August 13, 2019, Petitioner applied for appearance and examination of Judgment Debtor Jia Yueting, requesting an order directing Judgment Debtor Jia Yueting to appear for examination on September 13, 2019, at 10:00 a.m., the date and time requested by Mr. Jia, *see* Dkt. No. 40;

WHEREAS, on August 15, 2019, the Court granted Petitioner's application for appearance and examination of Judgment Debtor, *see* Dkt. No. 41;

WHEREAS, on August 26, 2019, Latham & Watkins LLP moved to withdraw as counsel of record for Judgment Debtor Jia Yueting, *see* Dkt. No. 44;

WHEREAS, on August 28, 2019, the Court granted Latham & Watkins LLP's motion to withdraw as counsel of record for Judgment Debtor Jia Yueting, *see* Dkt. No. 45;

WHEREAS, on August 29, 2019, Mr. William K. Pao of O'Melveny & Myers LLP contacted counsel for Petitioner and advised that they intend to enter appearances as counsel for the Judgment Debtor and requested a continuance of the judgment debtor examination;

WHEREAS, on September 3, 2019, O'Melveny & Myers LLP filed notices of appearance as counsel for Judgment Debtor Jia Yueting, *see* Dkt. Nos. 47 and 48;

WHEREAS, on September 6, 2019, pursuant to the Judgment Debtor's request, Petitioner agreed to postpone the examination of Judgement Debtor Jia Yueting to October 31, 2019;

WHEREAS, on September 6, 2019, Judgment Debtor Jia Yueting filed a stipulation reflecting the same, *see* Dkt. No. 49;

WHEREAS, on September 9, 2019, the Court continued the examination of Judgment Debtor Jia Yueting to October 31, 2019, at 10:00 a.m., *see* Dkt. No. 50;

WHEREAS, on October 14, 2019, Respondent Jia Yueting filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, as amended (the "Bankruptcy Code"), with the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), bearing Case No. 19-12220, *see* Dkt. No. 54;

NOW, THEREFORE, pursuant to Local Rule 7-1, IT IS HEREBY STIPULATED by and among the parties and through their counsel of record that the examination of Judgement Debtor Jia Yueting is stayed pending resolution of Respondent's petition for relief under the Bankruptcy Code by the Bankruptcy Court.

IT IS SO STIPULATED.

Dated: October 30, 2019

CARLOS M. LAZATIN
WILLIAM K. PAO
O'MELVENY & MYERS LLP

By:   /s/ William K. Pao
         William K. Pao

Attorneys for Respondent Jia Yueting

Dated: October 30, 2019

JINSHU ZHANG
JAE K. PARK
WILLIAM T. O'BRIEN
DANIEL MORRIS
DENTONS US LLP

By:   /s/ Jae K. Park
         Jae K. Park

Attorneys for Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership)

## ATTESTATION

I hereby attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: October 30, 2019       O'MELVENY & MYERS LLP

By: /s/ William K. Pao
William K. Pao