CARLOS M. LAZATIN (Bar No. 229650)
clazatin@omm.com
WILLIAM K. PAO (Bar No. 252637)
wpao@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071–2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Respondent Jia Yueting

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI QICHENGYUEMING INVESTMENT PARTNERSHIP ENTERPRISE (LIMITED PARTNERSHIP),<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JIA YUETING,<br><br>　　　　Respondent. | Case No. 2:18-cv-07723-SJO (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE EXAMINATION OF JUDGMENT DEBTOR JIA YUETING**<br><br>Judge: Hon. Jean P. Rosenbluth<br>Courtroom: 690 |

1 This Matter came before the Court on Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) and Respondent Jia Yueting's Joint Stipulation To Continue the Examination of Judgment Debtor Jia Yueting. Having reviewed the stipulation, and for good cause shown, the Court hereby GRANTS the stipulation. The judgment debtor examination currently scheduled for October 31, 2019, at 10:00 a.m. is hereby continued and stayed pending resolution of Respondent's petition for relief under the Bankruptcy Code pending before the United States Bankruptcy Court for the District of Delaware.

**IT IS SO ORDERED**

DATED this 31st day of October, 2019.

_____

The Honorable Jean P. Rosenbluth
United States Magistrate Judge