JINSHU ZHANG (Bar No. 166981)
john.zhang@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

William T. O'Brien (admitted *pro hac vice*)
william.obrien@dentons.com
Daniel Morris (admitted *pro hac vice*)
daniel.morris@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership),<br><br>Petitioner,<br><br>v.<br><br>Jia Yueting,<br><br>Respondent. | Case No. 2:18-CV-7723 SJO (JPRx)<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Action Filed: September 5, 2018 |

## **JOINT STIPULATION OF DISMISSAL**

Petitioner Shanghai Qichengyueming Investment Partnership Enterprise (Limited Partnership) and Respondent Jia Yueting hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  May 20, 2020          DENTONS US LLP

By: _____
Jinshu Zhang
Jae K. Park
Counsel for Petitioner
Shanghai Qichengyueming Investment
Partnership Enterprise (Limited Partnership)

Dated:  May 20, 2020          O'MELVENY & MYERS LLP

By: _____
William K. Pao
Counsel for Respondent Jia Yueting